Trustee Copy

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN RE:  Puttkammer, Denis J )

Puttkammer, Joyce I )

Case No.  11 B 10949

Judge Eugene R. Wedoff

Date   09/24/12

Debtor Attorney:

Stuart B Handelman
200 S Michigan Ave Ste 1215
Chicago, IL  60604-2431

Denis J. Puttkammer and Joyce I. Puttkammer
2614 West 102nd Place
Chicago, IL  60655

Mail

Mail

# Notice of Payment of Final Mortgage Cure Amount

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Marilyn O. Marshall, files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  Springleaf Financial Services

**Final Cure Amount**

| Court Claim # | Account # | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 16 | 1329 | $ 4,635.14 | $ 4,635.14 | $ 4,635.14 |

| | | | | |
|---|---|---|---|---|
| Total Amount Paid by Trustee | | | | $ 4,635.14 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

_____  Through the Chapter 13 Conduit     __X__  Direct by the Debtor(s)

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the debtor(s), debtor(s)' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the debtor(s) have paid in full the amount required to cure the default on the claim; and 2) whether the debtor(s) are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 24th day of September, 2012.


09/24/12
_____
Date

/s/ Rosalind Lanier
_____
Marilyn O. Marshall
Chapter 13 Trustee
Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL  60604-2500


Debtor
Denis J. Puttkammer and Joyce I. Puttkammer
2614 West 102nd Place
Chicago, IL  60655

US Trustee
Patrick S. Layng
Office of the United States Trustee
Dirksen Federal Court House
219 S Dearborn St Rm 873
Chicago, IL 60604

Claim Holder
Springleaf Financial Services
20 N Clark St Ste 2600
Chicago, IL  60602


Debtor Attorney
Stuart B Handelman
200 S Michigan Ave Ste 1215
Chicago, IL  60604-2431

Attorney for Claim Holder
C/O Springleaf Financial Services
20 N Clark St Ste 2600
Chicago, IL  60602